George Haines Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Law Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Tamara Stewart*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tamara Stewart,<br><br>    Plaintiff,<br><br>  v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solution, Inc. and Allied Collection Services, Inc.,<br><br>    Defendants. | Case No.: 2:24-cv-02296-JAD-DJA<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TRANS UNION   TO ANSWER** |

Tamara Stewart ("Plaintiff") hereby files her Unopposed Motion for Extension of Time for Trans Union to Answer ("Motion") and in support states:

1. Trans Union's responsive pleading to the Complaint is due on January 6, 2024.

2. Plaintiff and Trans Union are actively engaged in case-resolution negotiations.

3. Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the parties may devote their energies to resolving this matter. Trans Union respectfully requests the Court for an extension of time to file its responsive pleading for 14 days, which is up to and including **January 20, 2025**.

4. The Motion is not for delay.

5. This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

1

6. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date by which Trans Union must answer or otherwise respond to Plaintiff's Complaint to **January 20, 2025**.

DATED January 4, 2025.

Respectfully submitted,

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated  1/6/2025

_____
UNITED STATES MAGISTRATE JUDGE

2